UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                             CASE NO. 16-16001-BKC-RBR
                                                                   CHAPTER 13
RICHARD J. ALFIERI
_____/

### DEBTOR'S MOTION TO MODIFY PLAN AND CONFIRM MODIFIED PLAN

COMES NOW the Debtor, RICHARD J. ALFIERI, by and through his undersigned attorney, and herein move this court to confirm the First Modified Chapter 13 Plan and would state:

1. The Debtor seeks to modify his plan to remove the MMM payments to Wells Fargo Bank as he has been denied for a mortgage modification.

2. No creditor would be prejudiced in that the Debtor has paid $11,419.94 into the plan as of October 26, 2016 and is now current under the First Modified Chapter 13 Plan attached hereto.

3. The Debtor agreed to pay the undersigned attorney the sum of $525.00 for this motion.

WHEREFORE, the Debtor prays that this court grant the relief requested based upon the aforementioned grounds.

Dated: October 26, 2016

LAW OFFICES OF LLOYD A. BARON, P.A.
Attorneys for Debtor(s)
1700 University Dr., #300
Coral Springs, FL 33071
(954) 796-2100

By: /s/ Lloyd A. Baron
    Lloyd A. Baron
    Florida Bar No. 790974

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).